NAKITA HARRIS, Individually and as Parent and Natural Guardian of MYRA HARRIS, Appellant, v CITY OF BUFFALO et al., Respondents. [42 NYS3d 885]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered May 5, 2015. The order granted the motion of defendants for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court (*see Brandy B. v Eden Cent. School Dist.*, 15 NY3d 297, 301-303 [2010]). Present—Whalen, P.J., Smith, Carni, DeJoseph and Curran, JJ.